# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5158**                          **September Term, 2024**

**1:25-cv-00799-RCL**

**Filed On: May 5, 2025**

RFE/RL, Inc.,

      Appellee

      v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the United
States Agency for Global Media, et al.,

      Appellants

## O R D E R

Upon consideration of the emergency petition for initial hearing en banc, it is

**ORDERED**, on the court's own motion, that appellants file a response to the emergency petition for initial hearing en banc by 5:00 p.m. on Tuesday, May 6, 2025. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

                                       **FOR THE COURT:**
                                       Clifton B. Cislak, Clerk

                    BY:    /s/
                            Elbert Lestrade
                            Deputy Clerk